# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, OCTALUNA, LLC; OCTALUNA II, LLC, AND OCTALUNA III, LLC, | |
| Appellant, | |
| v. | Civil Action No. 22-cv-00400 (TLA) |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB | Bankruptcy Adv. Proc. No. 19-50390 (KBO) |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective tax identification numbers are, as follows: Zohar III, Corp., (9612), Zohar II 2005-I, Corp. (4059), Zohar CDO 2003-1, Corp., (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

| |
|---|
| FUND OF PRAETORIUM FUND I ICAV, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED, HIRTLE CALLAGHAN TRADING PARTNERS, L.P., AND THIRD SERIES OF HDML FUND I LLC, <br><br>            Appellee. |

## APPLICATION TO APPEAR PURSUANT TO LOCAL RULE 83.5(f)(2)

I, John W. Weiss, a partner with the law firm of Pashman Stein Walder Hayden, P.C., respectfully request the approval of this Court to appear in the above-captioned case on behalf of U.S. Bank National Association, solely in its capacity as trustee ("**U.S. Bank**"), under the: (i) Indenture, dated as of November 13, 2003, among Zohar CDO 2003-1, Limited ("**Zohar I**"), Zohar CDO 2003-1 Corp., Zohar CDO 2003-1, LLC, MBIA Insurance Corporation, as credit enhancer ("**MBIA**"), CDC Financial Products Inc. and U.S. Bank, as trustee; (ii) Indenture, dated as of January 12, 2005, among Zohar II 2005-1 Ltd. ("**Zohar II**"), Zohar II 2005-1, Corp., Zohar II 2005-1, LLC, MBIA, IXIS Financial Products Inc., and LaSalle Bank National Association, as predecessor trustee; and (iii) Indenture, dated as of April 6, 2007, among Zohar III, Limited ("**Zohar III**"), Zohar III, Corp., Zohar III, LLC, Natixis Financial Products, Inc., and LaSalle Bank National Association, as predecessor trustee (collectively, the "**Indentures**"), pursuant to Rule 83.5(f)(2) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "**Local Rules**").

Local Rule 83.5(f)(2) provides that "[a]ttorneys who are admitted to the Bar of this Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court." Del. Del. L.R. 83.5 (f)(2).

I am admitted to, and in good standing with, the Bar of the State of Delaware, the United States District Court for the District of Delaware (the "**District Court**"), and the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). I do not maintain an office for the practice of law in the District of Delaware. My office is located in Holmdel, New Jersey, at the address indicated below.

On January 20, 2022, the Bankruptcy Court approved my Application to Appear in these cases pursuant to Local Rule 9010-(e)(ii) in the above referenced bankruptcy cases. *See* Order Approving Appearance Pursuant to Local Rule 9010-(e)(ii), In re Zohar III, Corp. Case No. 18-10512( (KBO) (Del. Bankr. Jan. 20, 2022) (ECF No. 3018). The instant proceeding before the District Court involves an appeal (the "**Appeal**") filed by various parties of a decision entered in the Bankruptcy Court.

Therefore, I respectfully request that the District Court enter the proposed order attached hereto as **Exhibit A** approving my continued appearance in this proceeding before the District Court pursuant to Local Rule 83.5(f)(2).

Dated: April 15, 2022　　　　　Respectfully submitted,
　　　　　Holmdel, NJ
　　　　　　　　　　　　　　　PASHMAN STEIN WALDER
　　　　　　　　　　　　　　　HAYDEN, P.C.

　　　　　　　　　　　　　　　By: /s/ John W. Weiss
　　　　　　　　　　　　　　　John W. Weiss (Del. I.D. No. 4160)
　　　　　　　　　　　　　　　101 Crawfords Corner Road, Suite 4202
　　　　　　　　　　　　　　　Holmdel, NJ 07733
　　　　　　　　　　　　　　　(201) 488-8200
　　　　　　　　　　　　　　　jweiss@pashmanstein.com

　　　　　　　　　　　　　　　*Attorneys for U.S. Bank National Association, solely in its capacity as trustee under the Indentures*