# EXHBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, OCTALUNA, LLC; OCTALUNA II, LLC, AND OCTALUNA III, LLC, | |
| Appellant, | |
| v. | Civil Action No. 22-cv-400 |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB | Bankruptcy Adv. Proc. No. 19-50390 (KBO) |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective tax identification numbers are, as follows: Zohar III, Corp., (9612), Zohar II 2005-I, Corp. (4059), Zohar CDO 2003-1, Corp., (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

| |
|---|
| FUND OF PRAETORIUM FUND I ICAV, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED, HIRTLE CALLAGHAN TRADING PARTNERS, L.P., AND THIRD SERIES OF HDML FUND I LLC, <br><br>     Appellee. |

**ORDER APPROVING APPEARANCE PURSUANT TO LOCAL RULE 83.5(f)(2)**

   This matter coming before the Court upon the application of John W. Weiss of Pashman Stein Walder Hayden, P.C., to appear in the above-captioned case on behalf of U.S. Bank National Association, solely in its capacity as trustee ("**U.S. Bank**") under the: (i) Indenture, dated as of November 13, 2003, among Zohar CDO 2003-1, Limited ("**Zohar I**"), Zohar CDO 2003-1 Corp., Zohar CDO 2003-1, LLC, MBIA Insurance Corporation, as credit enhancer ("**MBIA**"), CDC Financial Products Inc. and U.S. Bank, as trustee; (ii) Indenture, dated as of January 12, 2005, among Zohar II 2005-1 Ltd. ("**Zohar II**"), Zohar II 2005-1, Corp., Zohar II 2005-1, LLC, MBIA, IXIS Financial Products Inc., and LaSalle Bank National Association, as predecessor trustee; and (iii) Indenture, dated as of April 6, 2007, among Zohar III, Limited ("**Zohar III**"), Zohar III, Corp., Zohar III, LLC, Natixis Financial Products, Inc., and LaSalle Bank National Association, as predecessor trustee (collectively, the "**Indentures**"), pursuant to Rule 83.5(f)(2) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "**Local Rules**"); and the Court having reviewed the application and determined that the relief sought is appropriate; it is hereby

ORDERED, that John W. Weiss may appear in the above-captioned cases pursuant to Local Rule 83.5(f)(2).

Dated: _____, 2022
       Wilmington, Delaware

_____
THE HONORABLE THOMAS AMBRO
UNITED STATES DISTRICT COURT JUDGE