# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, OCTALUNA, LLC; OCTALUNA II, LLC, AND OCTALUNA III, LLC, | |
| Appellants, | |
| v. | Civil Action No. 22-cv-00400 (TLA) |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB | Bankruptcy Adv. Proc. No. 19-50390 (KBO) |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective tax identification numbers are, as follows: Zohar III, Corp., (9612), Zohar II 2005-I, Corp. (4059), Zohar CDO 2003-1, Corp., (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

| |
|---|
| FUND OF PRAETORIUM FUND I ICAV, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED, HIRTLE CALLAGHAN TRADING PARTNERS, L.P., AND THIRD SERIES OF HDML FUND I LLC, <br><br>            Appellees. |

## APPELLEE U.S. BANK NATIONAL ASSOCIATION'S RULE 7.1 STATEMENT

Appellee U.S. Bank National Association, solely in its capacity as Trustee under the Debtors' respective Indentures ("**U.S. Bank**"), states in accordance with Rule 7.1 of the Federal Rules of Civil Procedure as follows: U.S. Bank is a wholly-owned subsidiary of U.S. Bancorp, a publicly-held corporation.

Dated: April 15, 2022  
       Holmdel, NJ

Respectfully submitted,

PASHMAN STEIN WALDER
HAYDEN, P.C.

By: /s/ John W. Weiss
John W. Weiss (Del. I.D. No. 4160)
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
(201) 488-8200
jweiss@pashmanstein.com

ALSTON & BIRD LLP
Alexander S. Lorenzo (*pro hac vice motion forthcoming*)
90 Park Avenue
New York, New York 10016
(212) 210-9400
alexander.lorenzo@alston.com

*Attorneys for U.S. Bank National Association, solely in its capacity as trustee under the Indentures*