## CERTIFICATE OF SERVICE

I, John W. Weiss, hereby certify that on April 15, 2022, I caused a copy of the foregoing *APPELLEE U.S. BANK NATIONAL ASSOCIATION'S RULE 7.1 STATEMENT* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

By: /s/ John W. Weiss
John W. Weiss (Del. I.D. No. 4160)
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
(201) 488-8200
jweiss@pashmanstein.com

*Attorneys for U.S. Bank National Association solely in its capacity as trustee under the Indentures*