IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            :
In re:                                      :   Chapter 11
                                            :
Zohar III, Corp., *et al.*,                 :   Case No. 18-10512 (KBO)
                                            :
            Debtors.                        :   Jointly Administered
_____         :

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                        :
                                                        :
                                                        :
LYNN TILTON; PATRIARCH PARTNERS                         :
VIII, LLC; PATRIARCH PARTNERS XIV,                      :
LLC; PATRIARCH PARTNERS XV, LLC                         :
OCTALUNA, LLC; OCTALUNA II, LLC;                        :
AND OCTALUNA III, LLC,                                  :
                                                        :
                        Appellants,                     :
                                                        :
            v.                                          :
                                                        :
MBIA INC., MBIA INSURANCE                               :
CORPORATION, U.S. BANK, N.A.,                           :
ALVAREZ & MARSAL ZOHAR                                  :
MANAGEMENT, CREDIT VALUE                                :
PARTNERS, LP; BARDIN HILL                               :   Case No. 1:22-cv-00400 (TLA)
INVESTMENT PARTNERS LP F/K/A                            :
HALCYON CAPITAL MANAGEMENT LP,                          :
COÖPERATIEVE RABOBANK U.A.,                             :
VÄRDE PARTNERS, INC., ASCENSION                         :
ALPHA FUND LLC, ASCENSION HEALTH                        :
MASTER PENSION TRUST, CAZ                               :
HALCYON OFFSHORE STRATEGIC                              :
OPPORTUNITIES FUND, L.P., CAZ                           :
HALCYON STRATEGIC OPPORTUNITIES                         :
FUND, L.P., BROWN UNIVERSITY, HCN                       :
LP, HALCYON EVERSOURCE CREDIT                           :
LLC, HLF LP, HLDR FUND I NUS LP,                        :

| | |
|---|---|
| HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND, L.P., PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLGHAN TRADING PARTNERS, L.P.; AND THIRD SERIES OF HDML FUND I LLC, | : : : : : : : : : : : : : |
| Appellees. | : : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert Franciscovich, Esq. of the law firm Arnold & Porter Kay Schoeler LLP, 250 West 55th Street, New York, NY 100119-9710, to represent Defendants, the Zohar III Controlling Class, in the above-captioned action.

Dated: April 21, 2022

/s/ *Morgan L. Patterson*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
WOMBLE BOND DICKINSON (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: morgan.patterson@wbd-us.com

*Counsel to the Zohar III Controlling Class*

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April __, 2022

_____
The Honorable Thomas L. Ambro
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and District of Columbia and the U.S. District Court for the Eastern and Southern District of New York, and the United States Court of Appeals for the Second Circuit, Fourth Circuit, and Tenth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective August 31, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 21, 2022
/s/ Robert Franciscovich
Robert Franciscovich
ARNOLD & PORTER KAYE SCHOLDER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-7151
Email: robert.francisovich@arnoldporter.com

*Counsel to the Zohar III Controlling Class*

3