# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Bankruptcy Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br>**Related Docket No. 3258** |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; AND OCTALUNA III, LLC,<br><br>                Plaintiffs-Appellants,<br><br>      v.<br><br>MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE | Adversary Proc. No. 19-50390 (KBO)<br><br><br>**Related Docket No. 237**<br><br><br>**Case No. 1:22-cv-00400 (TLA)** |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

MASTER FUND LP, BARDIN HILL EVENT- DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLAGHAN TRADING PARTNERS, L.P.; AND THIRD SERIES OF HDML FUND I LLC.,

      Defendants-Appellees.

**DEFENDANTS-APPELLEES' DESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

    Defendants-Appellees, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby submit this Designation of Additional Items to Be Included in the Record on Appeal in connection with *Appellants' Designation of Record and Statement of Issues on Appeal Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure*, filed on April 12, 2022 (D.I. 5).

**DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL**

| Date Filed | A.P. No. 19-50390 (KBO) Docket No. | Document Description |
|---|---|---|
| 10/30/2020 | 66 | Motion Of The Zohar III Controlling Class To Dismiss The Complaint Under Federal Rule Of Civil Procedure 12(b)(6) Made Applicable By Bankruptcy Rule 7012 |
| 10/30/2020 | 67 | Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion To Dismiss Equitable Subordination Complaint |
| 10/30/2020 | 68 | Memorandum Of Law Of The Zohar III Controlling Class In Support Of Their Motion To Dismiss The Complaint Under Federal Rule Of Civil Procedure 12(b)(6) Made Applicable By Bankruptcy Rule 7012 |

| Date Filed | A.P. No. 19-50390 (KBO) Docket No. | Document Description |
|---|---|---|
| 10/30/2020 | 71 | Defendants MBIA Inc.'s and MBIA Insurance Corporation's Memorandum Of Law In Support Of Their Motion To Dismiss Equitable Subordination Complaint |
| 03/02/2021 | 109 | Reply Memorandum Of Law Of The Zohar III Controlling Class In Further Support Of Their Motion To Dismiss The Complaint |
| 03/30/2021 | 123 | Defendants MBIA Inc.'s and MBIA Insurance Corporation's Reply Memorandum Of Law In Further Support Of Their Motion To Dismiss Equitable Subordination Complaint |
| 11/19/2021 | 140 | Defendant U.S. Bank National Association's Letter to the Honorable Karen B. Owens regarding Supplemental Authority |
| 01/21/2022 | 165 & 165-1 | Order Approving Stipulation Regarding the Motion to Dismiss Briefing Schedule and, attached as Exhibit 1 thereto, the Parties' Stipulation |
| 04/13/2022 | 268 | Transcript of proceedings held on April 13, 2022 regarding Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motion to Dismiss the Amended Complaint for Equitable Subordination |
| 10/26/2016 | N/A | Memorandum Opinion in *Zohar CDO 2003-1, LLC v. Patriarch Partners, LLC*, C.A. No. 12247- VCS, 2016 WL 6248461 (Del. Ch. Oct. 26, 2016) (the "Books & Records Decision") |
| 11/30/2017 | N/A | Memorandum Opinion in *Zohar II 2005-1, Ltd. v. FSAR Holdings, Inc.*, C.A. No. 12946-VCS, 2017 WL 5956877 (Del. Ch. Nov. 30, 2017) (the "Delaware 225 Decision") |
| 12/29/2017 | N/A | Opinion & Order in *Zohar CDO 2003-1, Ltd. v. Patriarch Partners*, LLC, 286 F. Supp. 3d 634 (S.D.N.Y. 2017) (the "RICO MTD Decision") |
| 09/29/2021 | N/A | Opinion and Order in *Zohar CDO 2003-1, Ltd. v. Patriarch Partners*, LLC, Case No. 17-cv-00307, 2021 WL 4460547 (S.D.N.Y. Sept. 29, 2021) (the "SDNY MTD Decision") |

| | |
|---|---|
| Dated:  April 26, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (Bar No. 2436)<br>Timothy P. Cairns (Bar No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:         ljones@pszjlaw.com<br>                    tcairns@pszjlaw.com<br><br>and<br><br>CADWALADER, WICKERSHAM & TAFT LLP<br>Gregory Petrick<br>Ingrid Bagby<br>Michele Maman<br>Sean F. O'Shea<br>Michael E. Petrella<br>Joshua P. Arnold<br>200 Liberty Street<br>New York, NY 10281<br>Telephone:  (212) 504-6000<br>Facsimile:  (212) 504-6666<br>Email: gregory.petrick@cwt.com<br>           ingrid.bagby@cwt.com<br>           michele.maman@cwt.com<br>           sean.o'shea@cwt.com<br>           michael.petrella@cwt.com<br>           joshua.arnold@cwt.com<br><br>*Counsel to MBIA Inc. and*<br>*MBIA Insurance Corporation*<br><br><br>Brian J. Lohan<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4231<br>Telephone:  +1 312 583 2300<br>Facsimile:  +1 312 583 2360<br>Email:  brian.lohan@arnoldporter.com |

- 4 -

        Jeffrey A. Fusiz
        Robert T. Franciscovich
        ARNOLD & PORTER KAYE SCHOLER LLP
        250 West 55th Street
        New York, NY 1019-9710
        Telephone:  +1 212 836 8000
        Facsimile:   +1 212 836 8689
        Email:  jeffrey.fuisz@arnoldporter.com
        Email:  robert.franciscovich@arnoldporter.com

        -and-

        */s/ Morgan L. Patterson*
        Matthew P. Ward (No. 4471)
        Morgan L. Patterson (No. 5538)
        WOMBLE BOND DICKINSON (US) LLP
        1313 N. Market Street, Suite 1200
        Wilmington, DE 19801
        Telephone:  (302) 252-4320
        Facsimile:  (302) 252-4330
        Email:  matthew.ward@wbd-us.com
        Email:  morgan.patterson@wbd-us.com

        *Counsel to the Zohar III Controlling Class*

MORRIS NICHOLS ARSHT & TUNNELL LLP

By: */s/ Matthew B. Harvey*
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

-and-

QUINN EMANUEL URQUART & SULLIVAN, LLP
Jonathan E. Pickhardt, Esq.
Deborah Newman, Esq.
Blair Adams, Esq.
Zachary Russell, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel to Alvarez & Marsal Zohar Management*


PASHMAN STEIN WALDER HAYDEN, P.C.

By: */s/ John W. Weiss*
John W. Weiss, Esq. (No. 4160)
101 Crawfords Corner Road, Suite 4202
Homdel, New Jersey 07733

-and-

ALSTON & BIRD LLP
Alexander S. Lorenzo (*pro hac vice motion forthcoming*)
90 Park Avenue
New York, New York 10016

*Counsel to U.S. Bank National Association, solely in its capacity as Trustee under the Indentures*