# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Bankruptcy Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; AND OCTALUNA III, LLC,<br><br>       Appellants,<br><br>     v.<br><br>MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE | Civil Action No. 22-cv-00400 (TLA)<br><br>Bankr. Adv. Proc. No. 19-50390 (KBO) |

---

[1]  The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

| |
|---|
| MASTER FUND LP, BARDIN HILL EVENT- DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLAGHAN TRADING PARTNERS, L.P.; AND THIRD SERIES OF HDML FUND I LLC, <br><br>         Appellees. |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, MBIA Insurance Corporation and MBIA Inc., by and through their counsel, hereby disclose that MBIA Insurance Corporation is a wholly-owned subsidiary of MBIA Inc. MBIA Inc. is a publicly-held corporation whose shares are traded on the New York Stock Exchange. No publicly-held corporation owns more than 10% of the shares of MBIA Inc. MBIA Insurance Corporation is not a publicly-held corporation.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: April 28, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>       tcairns@pszjlaw.com<br><br>and<br><br>CADWALADER, WICKERSHAM & TAFT LLP<br>Gregory Petrick<br>Ingrid Bagby<br>Michele Maman<br>Sean F. O'Shea<br>Michael E. Petrella<br>Joshua P. Arnold<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666<br>Email: gregory.petrick@cwt.com<br>       ingrid.bagby@cwt.com<br>       michele.maman@cwt.com<br>       sean.o'shea@cwt.com<br>       michael.petrella@cwt.com<br>       joshua.arnold@cwt.com<br><br>*Counsel to MBIA Inc. and*<br>*MBIA Insurance Corporation* |